USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-13-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRICKENDON CONSULTING (US), INC.,

    Plaintiff,

- against -

THERON TECHNOLOGY SOLUTIONS, LLC et al.,

    Defendants.

---

18cv11813 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The deadline to complete fact discovery is extended to **April 24, 2020**. The depositions are adjourned to a time reasonably convenient for all parties. The five depositions sought by the plaintiff should occur first and should be completed by **April 17, 2020**. The depositions sought by the defendants should follow and be completed by **April 24, 2020**. The Clerk is directed to close Docket No. 67.

**SO ORDERED.**

Dated:   New York, New York
        February 12, 2020

                              John G. Koeltl
                           United States District Judge